**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MELVIN ROBINSON,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:09-cv-1288-Orl-18GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

# REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **COMMISSIONER'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 16)** |
| **FILED:** | **August 30, 2010** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED.**

On August 30, 2010, the Commissioner of Social Security (the "Commissioner") filed an unopposed Motion for Entry of Judgment (the "Motion") requesting that the decision of the Commissioner be reversed and remanded under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> To provide the Plaintiff with the opportunity for another evidentiary hearing and to update and evaluate all the medical evidence in accordance with relevant social security administration regulations. In addition, the administrative law judge (ALJ) will consider and discuss the weight given to the medical evidence, including Plaintiff's treating physicians Drs. Goll and Ham-Ying and in doing so, evaluate Plaintiff's residual functional capacity.

Doc. No. 16 at 1. Accordingly, the undersigned recommends that the Court:

1. GRANT the Motion (Doc. No. 16) and reverse and remand the case to the Commissioner pursuant to sentence four of Section 405(g) for the reasons set forth above; and

2. Direct the Clerk to enter judgment in favor of Plaintiff and against the Commissioner and to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal. **If the parties have no objection to this report and recommendation, they shall promptly notify the Court**.

**RECOMMENDED** in Orlando, Florida on August 31, 2010.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

2

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties