UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MELVIN ROBINSON,**

**Plaintiff,**

-vs-                                                    Case No.  **6:09-cv-1288-Orl-18GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Defendant's Motion for Entry of Judgment with Remand (Doc. No. 16). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED** and made part of this order. Defendant's motion is **GRANTED** and the case is reversed and remanded to the Commissioner pursuant to sentence four of Section 405(g). Clerk of the Court is directed to enter judgment in favor of Plaintiff and against the Commissioner and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this _____day of September, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record