UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELVIN ROBINSON,

Plaintiff,

-vs-                                              Case No. 6:09-cv-1288-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2142 (Doc. 20). On January 5, 2011, the Commissioner filed a response in opposition to the Motion (Doc. 21). The Court having reviewed the report and recommendation of the magistrate judge, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **ADOPTED** and **CONFIRMED** and made a part of this Order. The Court **GRANTS** an award of attorney's fees in the amount of $5,065.45 to be paid directly to Plaintiff.

It is **SO ORDERED** in Orlando, Florida, this ___19___ day of April, 2011.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge